

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause Number:     01-19-00397-CV

Trial Court Cause
Number:     2010-20973-A

Style:     Jay H. Cohen, Individually and as Trustee of the JHC Trusts I and II

    **v.** Newbiss Property, L.P and Sandcastle Homes, Inc.

Date motion filed[*]:     12-30-2020

Type of motion:     Motion for Rehearing

Party filing motion:     Appellant

Document to be filed:

Is appeal accelerated? ☐ YES     ☒ NO

Ordered that motion is:

☐ Granted

    If document is to be filed, document due:

    ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☒ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

Judge's signature: /s/     Sherry Radack
    ☐ Acting individually     ☒ Acting for the Court

Panel consists of     Chief Justice Radack and Justice Hightower

Date: July 8, 2021